IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROBERT THOMAS
and JENNIFER THOMAS                                                              PLAINTIFFS

v.                                                             CIVIL NO. 1:16-cv-124-HSO-JCG

AIRSTREAM, INC.,
TURAN-FOLEY MOTORS, INC.,
MERCEDES-BENZ USA, LLC,
MERCEDES-BENZ OF MOBILE,
THOR INDUSTRIES, INC.
and JOHN DOES 1-9                                                                DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL

The parties having announced to the Court a settlement of this case, and the Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be finally closed on its docket. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is dismissed with prejudice as to all parties.

**SO ORDERED AND ADJUDGED**, this the 3rd day of May, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE